# Court of Appeals
# of the State of Georgia

ATLANTA,  April 16, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0183.  LISA DEVEAU v. ALAN DEVEAU.**

On March 17, 2026, the Superior Court of Cobb County entered an order denying appellant's motion for new trial in the above-referenced divorce action. On April 16, 2026, appellant's counsel filed an emergency motion, under Court of Appeals Rule 40(b), seeking an extension of time in which to file an application for a discretionary appeal of the superior court's order. Appellant's motion is hereby GRANTED. Counsel for appellant has until May 18, 2026, to file an application for a discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  04/16/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*